**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Case No. 1:20-cv-01485-STV**

**KEITH CLINGMAN,**

**Plaintiff,**

**v.**

**DRIVE COFFEE, LLC; DRIVE COFFEE, INC;**
and **ALEX GRAPPO**, an individual,

**Defendants.**

---

**UNOPPOSED MOTION TO APPEAR**
**VIA TELEPHONE**

---

## INTRODUCTION

1. Plaintiff Keith Clingman ("Plaintiff"), by and through his undersigned counsel, respectfully submits this Motion requesting that his counsel be permitted to appear at the scheduling conference currently scheduled before Magistrate Judge Scott T. Varholak on September 24, 2020, commencing at 11:00 a.m. MT via telephone.
2. Counsel for Defendants does not object and further asks that if this motion be granted that she too be permitted to appear by phone.
3. Plaintiff's counsel is based out of state and to save the parties the significant costs and expenses necessitated by an in-person appearance respectfully requests to appear at this conference via phone.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
*www.andersondodson.com*

4. Furthermore, the COVID-19 pandemic still poses logistical and safety issues that would make it difficult for counsel to travel to the scheduling conference.
5. Plaintiff's counsel has appeared by telephone for similar appearances in multiple other cases in the Colorado district court.
6. Plaintiff's counsel has conferred with Counsel for Defendants about the proposed scheduling order in the above-captioned case and timely submitted it to this Court.

WHEREFORE, Plaintiffs' counsel respectfully requests permission to appear at the status/scheduling hearing, currently scheduled before Magistrate Judge Scott T. Varholak on September 24, 2020, commencing at 11:00 a.m. via telephone.

Respectfully submitted, this **9th** day of **September, 2020.**

ANDERSONDODSON, P.C.

/s/ Penn Dodson
**Penn A. Dodson**
11 Broadway, Suite 615
New York, NY 10004
212.961.7639 tel
(646)-998-8051 fax
*penn@andersondodson.com*

Attorney for Plaintiff