UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 1:20-cv-01485-RBJ

KEITH CLINGMAN,

        Plaintiff,

v.

DRIVE COFFEE, LLC; DRIVE COFFEE, INC;
and ALEX GRAPPO, an individual,

        Defendants.

### JOINT MOTION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT

1. Following the close of discovery, counsel for both parties filed notices regarding their intent to file summary judgment motions. Dkt. 28, 29. In response, this court issued a minute order advising the parties that "there are likely genuine disputes of material fact" and encouraged the parties to devote their resources toward negotiating a resolution. Dkt. 30.

2. The summary judgment motions are currently due June 15, 2021. Scheduling Order, Dkt. 22.

3. Counsel for the parties have conferred, and hereby jointly request that the deadlines related to summary disposition be moved back until after such time as the parties have had the opportunity to schedule and engage in alternative dispute resolution.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

4. The parties currently intend to explore participating in private mediation. Should the parties want to participate in a settlement conference with a magistrate judge, we will seek that reference at a later date.

5. More specifically, the parties jointly request that the deadlines be extended to motion papers being due September 10, 2021; responses October 1, 2021; and replies (if any) October 15, 2021.

6. This is the first such request for an extension of time for summary judgment motions.

7. Currently the court has set this case for trial to start on November 15, 2021 and a trial preparation conference on October 21, 2021. Dkt. 23. If the Court grants the above requests, the parties further request that the court reschedule these to the court's convenience for a time after a ruling on the summary judgment or, in the alternative, *sine die* for the time being.

Respectfully submitted, this **9th** day of **June, 2020.**

| | |
|---|---|
| ANDERSONDODSON, P.C. | SUSSEX LAW, LLC |
| /s/ Penn Dodson | /s/ Lisa Nobles |
| **Penn A. Dodson** | **Lisa Nobles** |
| 11 Broadway, Suite 615 | 1430 Larimer St., Ste 307 |
| New York, NY  10004 | Denver, CO 80202 |
| 212.961.7639 tel | (720) 223-6525 |
| penn@andersondodson.com | LNobles@sussexlawfirm.com |
| Attorney for Plaintiff | Attorney for Defendants |

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

*Clingman v. Drive Coffee LLC*
Case No. 1:20-cv-01485-RBJ (D. Colo.)

Motion to Extend MSJ Deadline
Page 2