---------- Forwarded message ---------
From: **Keith Clingman** <keithclingman@gmail.com>
Date: Thu, Jul 25, 2019 at 1:29 PM
Subject: Re: Introduction: Keith<>Alex
To: Alex Grappo <alex@drivecoffee.com>


Perfect, that works for me. Talk soon.

On Thu, Jul 25, 2019 at 3:20 PM Alex Grappo <alex@drivecoffee.com> wrote:
> Hey Keith, 4pm MT is 2 PM MT and that works great for me if that works for you
>
> On Thu, Jul 25, 2019 at 1:00 PM Keith Clingman <keithclingman@gmail.com> wrote:
>> Great. How about 4pm est / 1pm mt? I can give you a call or you can reach me at 646-881-8777.
>>
>> On Thu, Jul 25, 2019 at 12:13 PM Alex Grappo <alex@drivecoffee.com> wrote:
>>> Hey Keith, we are based in Colorado. I'm free anytime after 1130 MT.
>>>
>>> On Thu, Jul 25, 2019 at 9:54 AM Keith Clingman <keithclingman@gmail.com> wrote:
>>>> Apologies for the delay, Alex. What area of town are you in today? I am pretty flexible based on what works for you.
>>>>
>>>> On Wed, Jul 24, 2019 at 11:55 AM Alex Grappo <alex@drivecoffee.com> wrote:
>>>>> Hey Keith,
>>>>>
>>>>> Thursday works well for me. What time works best for you?
>>>>>
>>>>> All the best,
>>>>>
>>>>> Alex
>>>>>
>>>>>
>>>>> On Tue, Jul 23, 2019 at 2:40 PM Keith Clingman <keithclingman@gmail.com> wrote:
>>>>>> Thanks so much for the intro, Becky.
>>>>>>
>>>>>> Alex, it's great to connect. Very impressed with Drive. Thurs and Fri both look good for me if they do for you. Look forward to meeting!
>>>>>>
>>>>>> -Keith

> On Tue, Jul 23, 2019 at 2:39 PM Alex Grappo <alex@drivecoffee.com> wrote:
>> Hey Keith,
>>
>> Great to e-meet you. It would be great to have a chat and talk to you a little more about what we are up to. Do you have any time in the next few days?
>>
>> All the best,
>>
>> Alex
>>
>>
>> On Tue, Jul 23, 2019 at 11:22 AM Becky Moody <becky.e.moody@gmail.com> wrote:
>>> Hi Alex & Keith -
>>>
>>> It is with great pleasure that I take a moment to introduce the two of you.
>>>
>>> Keith, as I briefly mentioned, Alex is the CEO/Founder of Drive Coffee and is already in the active and early stage of disrupting the coffee industry through his impactful branding and RTD nitro coffee/ roasted beans. With your prior Red Bull experience and overall knowledge on team growth strategy/culture w marketing - it seemed to me a clear opportunity to intro two people I value highly, that I think could have some good discussions & possible collaboration.
>>>
>>> I'll let you connect from here...
>>>
>>> Cheers,
>>> Becky
>>>
>>> --
>>> Becky Moody
>>> Tel: 646-280-8444
>
>
> --
>
> 
>
> Alex Grappo
> CEO  / Founder **DRIVE COFFEE**
>
> **P:** 424.644.4104
> **E:** alex@drivecoffee.com
> **W:** www.drivecoffee.com
>
> 

--