ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 1:20-cv-01485-STV

KEITH CLINGMAN,

      Plaintiff,

v.

DRIVE COFFEE, LLC; DRIVE COFFEE, INC;
and ALEX GRAPPO, an individual,

      Defendants.

## UNOPPOSED MOTION TO APPEAR VIA ZOOM (OR PHONE)

### INTRODUCTION

1. Plaintiff Keith Clingman ("Plaintiff"), by and through his undersigned counsel, respectfully submits this Motion requesting that his counsel be permitted to appear at the Trial Preparation Conference currently scheduled before Judge R. Brooke Jackson on October 21, 2021 commencing at 1:30 p.m. MT via Zoom (or in the alternative, by WebEx telephone).

2. Counsel for Defendants does not object and further asks that if this motion be granted that she too be permitted to appear by Zoom (or alternative).

3. Plaintiff's counsel is based out of state and to save the parties the significant costs and expenses necessitated by an in-person appearance respectfully requests to appear at this conference via Zoom.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

4. Furthermore, the COVID-19 pandemic still poses logistical and safety issues that would make it difficult for counsel to travel to the scheduling conference.

5. Plaintiff's counsel has appeared by Zoom, WebEx and phone for similar appearances in multiple other cases in Colorado.

WHEREFORE, Plaintiffs' counsel respectfully requests permission to appear at the Trial Preparation Conference, currently scheduled before Judge R. Brooke Jackson on October 21, 2021 commencing at 1:30 p.m. MT via Zoom.

Respectfully submitted, this **24th** day of **September, 2021.**

ANDERSONDODSON, P.C.

/s/ Penn Dodson
**Penn A. Dodson**
11 Broadway, Suite 615
New York, NY  10004
212.961.7639 tel
(646)-998-8051 fax
*penn@andersondodson.com*

Attorney for Plaintiff