IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01485-RBJ | Date: October 21, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| KEITH CLINGMAN | *Christopher Anderson* |
| | *Penn Dodson* |
| **Plaintiff** | |
| v. | |
| DRIVE COFFEE LLC | *Lisa Nobles* |
| DRIVE COFFEE INC | |
| ALEX GRAPPO | |
| **Defendant** | |

**COURTROOM MINUTES**

**TELEPHONE TRIAL PREPARATION CONFERENCE**

Court in Session:  1:31 p.m.

Appearance of counsel – all participants are present via telephone.

Discussion held on the claims in the case.

Discussion held on disputed witnesses.

Discussion held on disputed exhibits.

Parties will confer on jury instructions after the ruling on summary judgment motions is issued.

Additional discussion on New York labor law.

Discussion held on jurisdictional amount and the Court's calendar.

Court in Recess:  3:23 p.m.              Hearing concluded.              Total time in Court:  01:52