**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01485-STV

KEITH CLINGMAN,

    Plaintiff,

v.

DRIVE COFFEE, LLC and ALEX GRAPPO,

    Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Drive Coffee, Inc. (improperly named as Drive Coffee, LLC)

Alex Grappo.

    DATED at Denver, Colorado this 11th day of November, 2021.

                                                Jennifer S. Cohen
                                               Sussex Law, LLC
                                               1129 E. 17th Avenue
                                               Denver, CO 80218
                                               (720) 223-6525
                                               jcohen@sussexlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

penn@andersondodson.com

                                                                                    *s/ Lisa N. Nobles*