ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.AndersonDodson.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case No. 1:20-cv-01485-RBJ

**KEITH CLINGMAN,**

    Plaintiff,

v.

**DRIVE COFFEE, LLC; DRIVE COFFEE, INC** and
**ALEX GRAPPO**, an individual,

    Defendants.

## PLAINTIFF'S EXHIBIT LIST

In accordance with the Court's Individual Rules of Practice and the Judge R. Brooke Jackson's Individual Rules, Plaintiff respectfully submits the following Exhibit List:

| Ex | Bates | | Description | Stipulated | Offered | Admitted |
|---|---|---|---|---|---|---|
| 1 | P81 | P82 | Excerpt from slide deck | | | |
| 2 | P130 | | Hiring roadmap | | | |
| 3 | P202 | | Clingman-Moody Texts | | | |
| 4 | D237 | D238 | Emails: Clingman, Moody, Grappo | | | |
| 5 | P136 | P137 | Grappo-Clingman Texts | | | |
| 6 | P67 | | Grappo-Clingman Texts | | | |
| 7 | P66 | | Grappo-Clingman Texts | | | |
| 8 | D276 | D279 | Grappo-Clingman Emails | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 9 | P138 | P141 | Grappo-Clingman Texts |  |  |  |
| 10 | P65 |  | Grappo-Clingman Texts |  |  |  |
| 11 | P142 | P143 | Grappo-Clingman Texts |  |  |  |
| 12 | D274 |  | Grappo Email to Designer |  |  |  |
| 13 | P1245 | P1265 | Slide Deck |  |  |  |
| 14 | D135 | D136 | Emails: Grappo to Berg |  |  |  |
| 15 | D240 |  | Emails: Grappo to Thiel |  |  |  |
| 16 | D206 | 207 | Email from Bauer |  |  |  |
| 17 | D138 | D140 | Email from Grappo |  |  |  |
| 18 | P75 | P80 | Calendar |  |  |  |
| 19 | D1 |  | Grappo-Clingman Emails |  |  |  |
| 20 | P489 |  | WhatsApp Group Texts |  |  |  |
| 21 | P496 |  | WhatsApp Group Texts |  |  |  |
| 22 | P64 |  | Grappo-Clingman Texts |  |  |  |
| 23 | P391 | 394 | WhatsApp Texts: Clingman-Orridge |  |  |  |
| 24 | P63 |  | Grappo-Clingman Texts |  |  |  |
| 25 | P1211 | P1244 | Slide Deck |  |  |  |
| 26 | P436 |  | WhatsApp Group Texts |  |  |  |
| 27 | P60 |  | Grappo-Clingman Texts |  |  |  |

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.AndersonDodson.com

*Clingman v. Drive Coffee*
Case No. 1:20-cv-01485-RBJ

| # | | | | | | |
|---|---|---|---|---|---|---|
| 28 | P58 | | Grappo-Clingman Texts | | | |
| 29 | P57 | P56 | Grappo-Clingman Texts | | | |
| 30 | P364 | | Email from Grappo to 3rd Parties | | | |
| 31 | P122 | P124 | Email from Clingman to 3rd Party | | | |
| 32 | P128 | P129 | Email from Grappo to 3rd Parties | | | |
| 33 | P54 | | Grappo-Clingman Texts | | | |
| 34 | P282 | P283 | Moody-Clingman Texts | | | |
| 35 | P354 | P358 | Mortzfield-Moody-Clingman Texts | | | |
| 36 | D133 | D134 | Email from Clingman with 3rd Party | | | |
| 37 | P194 | P200 | Grappo-Clingman Texts | | | |
| 38 | P136 | P200 | Grappo-Clingman Texts | | | |
| 39 | P202 | P352 | Moody-Clingman Texts | | | |
| 40 | P354 | P358 | WhatsApp Group Texts | | | |
| 41 | P359 | P363 | Mortzfield-Clingman Texts | | | |
| 42 | P133 | P135 | Group Texts | | | |
| 43 | P365 | P371 | WhatsApp Group Texts | | | |
| 44 | P372 | P386 | WhatsApp Group Texts | | | |
| 45 | P387 | P388 | WhatsApp Group Texts | | | |
| 46 | P389 | P460 | WhatsApp Texts: Clingman-Orridge | | | |

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.AndersonDodson.com

*Clingman v. Drive Coffee*
Case No. 1:20-cv-01485-RBJ

P's Exhibit List
Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | P461 | P487 | WhatsApp Group Texts | | | |
| 48 | P488 | P508 | WhatsApp Group Texts | | | |
| 49 | P509 | P510 | WhatsApp Texts: Clingman-Moody | | | |
| 50 | P511 | P516 | WhatsApp Group Texts | | | |
| 51 | P391 | P394 | WhatsApp Texts: Clingman-Orridge | | | |
| 52 | P233 | P234 | Moody-Clingman Texts | | | |
| 53 | P400 | | WhatsApp Texts: Clingman-Orridge | | | |
| 54 | P153 | P154 | Grappo-Clingman Texts | | | |
| 55 | P131 | | Bank Transaction | | | |
| 56 | P406 / P410 | | WhatsApp Texts: Clingman-Orridge | | | |
| 57 | P159 | | Grappo-Clingman Texts | | | |
| 58 | P187 / P194 / P197 | | Grappo-Clingman Texts | | | |
| 59 | P198 | P200 | Grappo-Clingman Texts | | | |
| 60 | D2 | D7 | Grappo-Clingman Emails | | | |
| 61 | D8 | D10 | Grappo-Clingman Emails | | | |
| 62 | | | Simple Startup financials 2019 | | | |
| 63 | | | Simple Startup financials 2020 | | | |
| 64 | | | Deposition of Alex Grappo | | | |

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.AndersonDodson.com

*Clingman v. Drive Coffee*
Case No. 1:20-cv-01485-RBJ

P's Exhibit List
Page 4