UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 1:20-cv-01485-RBJ

**KEITH CLINGMAN,**

    Plaintiff,

v.

**DRIVE COFFEE, LLC; DRIVE COFFEE, INC** and
**ALEX GRAPPO**, an individual,

    Defendants.

## PLAINTIFF'S WITNESS LIST

In accordance with the Court's Individual Rules of Practice and the Judge R. Brooke Jackson's

Individual Rules, Plaintiff respectfully submits the following Witness List:

| Witness | Estimated Date & Length of Testimony |
|---|---|
| Keith Clingman | 11/15/21     5 hours |
| Remmy Castillo | 11/16/21     2 hours |
| Sarah Mortzfield | 11/16/21     2 hours |
| Alex Grappo | 11/16/21     4 hours |
|  |  |

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.AndersonDodson.com