# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01485-RBJ

KEITH CLINGMAN,

    Plaintiff,

v.

DRIVE COFFEE, LLC, DRIVE COFFEE, INC. and ALEX GRAPPO,

    Defendant(s).

## DEFENDANTS' WITNESS LIST

Defendants Drive Coffee, Inc. and Alex Grappo (together the "Drive Defendants"), through their undersigned counsel, submit the following witness for trial:

**Will Call:**

1. Alex Grappo
2. Keith Clingman

**May Call:**

1. Dan Berg, 11/16, 2 hours
2. Alyssa Neumann, 11/16, 45 mins.
3. Sarah Mortzfield, 11/16, 45 mins.
4. Jazmine Porras, 11/17, 30 mins.
5. W. James Bauer, 11/17, 1 hour.
6. Niko Kavallar. 11/17, 45 mins
7. Jonathan Lloyd Jones (remote testimony), 11/17, 1.5 hours.
8. Any witness necessary to lay the foundation for an exhibit.

9. Any witness necessary for impeachment or rebuttal.

Dated this 12th day of November, 2021.

                                Respectfully submitted,

                                SUSSEX LAW, LLC

                                /s/ *Lisa N. Nobles*
                                Lisa N. Nobles
                                Sussex Law, LLC
                                1129 E. 17th Avenue
                                Denver, CO 80218
                                Tel. (720) 223-6525
                                lnobles@sussexlawfirm.com
                                *Attorneys for Defendants*