# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01485-RBJ

KEITH CLINGMAN,

　　Plaintiff,

v.

DRIVE COFFEE, LLC, DRIVE COFFEE, INC. and ALEX GRAPPO,

　　Defendant(s).

## PLAINTIFF'S EXHIBIT LIST

Defendants Drive Coffee, Inc. and Alex Grappo (together the "Drive Defendants"), through their undersigned counsel, submit the following Exhibit List:

| Exhibit | Document Description | Bates Range | Stipulated | Offered | Admitted |
|---|---|---|---|---|---|
| A | Emails between A. Grappo, K. Clingman and B. Moody July 2019 | Drive 0236-0238 | | | |
| B | Text Messages between A. Grappo and K. Clingman | Drive 0319-0458 | | | |
| C | WhatsApp messages between A. Grappo, K. Clingman, J. Lloyd-Jones, Becky Moody | Drive 0491-Drive 0527 | | | |
| D | Texts between K. Clingman and B. Moody | P00202-00342 | | | |
| E | Emails between A. Grappo and D. Berg | Drive 0135-0136 | | | |
| F | Investor Update | Drive 0099-0103 | | | |
| G | Emails re Macy's STORY | Drive 0019-0038, 0133-0134, 0270-0271 | | | |
| H | Emails between A. Grappo and K. | Drive 0002-0010 | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| | Clingman, April-May, 2020 | | | | |
| I | Emails between A. Grappo and R. Castillo | Drive 0664-0675 | | | |
| J | WhatsApp messages between J. Lloyd-Jones, B. Moody and K. Clingman. | P00372-00386 | | | |
| K | Email between K. Clingman and A. Grappo | Drive 0662 | | | |
| L | Messages between K. Clingman and R. Castillo | P001153-P001177 | | | |
| | Deposition Transcript of K. Clingman | | | | |
| | Deposition Transcript of A. Grappo | | | | |
| | | | | | |

Defendants also reserve the right to use any exhibit listed by any other party, any exhibit necessary to rebut or impeach another party's evidence, any document identified as a result of deposition designations or counter-designations, any document which is an exhibit to a deposition taken or scheduled in this litigation, and any document which has not yet been produced in this litigation.

Dated this 12th day of November, 2021.

Respectfully submitted,

SUSSEX LAW, LLC

/s/ *Lisa N. Nobles*_____
Lisa N. Nobles
Sussex Law, LLC
1129 E. 17th Avenue
Denver, CO 80218
Tel. (720) 223-6525
lnobles@sussexlawfirm.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

penn@andersondodson.com

<u>s/    Lisa N. Nobles                              </u>