IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 20-cv-01485-RBJ | Date: November 16, 2021 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| KEITH CLINGMAN | *Christopher Anderson* |
| | *Penn Dodson* |
| **Plaintiff** | |
| v. | |
| DRIVE COFFEE LLC | *Jennifer Cohen* |
| DRIVE COFFEE INC | *Lisa Nobles* |
| ALEX GRAPPO | |
| **Defendant** | |

## COURTROOM MINUTES

**JURY TRIAL DAY TWO**

Court in Session: 9:01 a.m.

Jury present.

9:03 a.m.   Continued direct examination of Mr. Grappo by Mr. Anderson.
**Exhibits 1, 12, 13, 14, 33, 37, 43 and 65 are admitted.**

**10:30 a.m.   Court in recess – jury escorted out.**
**10:48 a.m.   Court in session – jury not present.**

Discussion held on remaining witness for the plaintiff.

Jury present.

10:51 a.m.   Cross examination of Mr. Grappo by Ms. Nobles.

| | |
|---|---|
| **11:57 a.m.** | **Court in recess – jury escorted out.** |
| **1:03 p.m.** | **Court in session - jury escorted in.** |

1:05 p.m.       Continued cross examination of Mr. Grappo by Ms. Nobles.
                **Exhibit I is admitted.**

1:54 p.m.       Redirect examination of Mr. Grappo by Mr. Anderson.

Juror questions reviewed at the bench.

2:14 p.m.       Juror questions asked of Mr. Grappo by the Court.

Plaintiff rests.

**2:24 p.m.     Court in recess – jury escorted out.**
**2:40 p.m.     Court in session - jury escorted in.**

Defense witness, Jonathan Lloyd Jones, called via video conference and sworn.

2:43 p.m.       Direct examination of Mr. Jones by Ms. Nobles.

3:09 p.m.       Cross examination of Mr. Jones by Mr. Anderson by video and telephone.
                **Exhibit 44 is admitted.**

Defense witness, Daniel Berg, called and sworn.

3:58 p.m.       Direct examination of Mr. Berg by Ms. Nobles.

4:36 p.m.       Cross examination of Mr. Berg by Mr. Anderson.

4:55 p.m.       Redirect examination of Mr. Berg by Ms. Nobles.

Jury excused, to return tomorrow at 9:00 a.m.

Jury instructions reviewed and ruled upon as stated on the record.

Court in Recess: 5:15 p.m.          Trial continued.          Total time in Court:  06:34

Off record.
**ORDERED:  Lunches to be provided to jurors tomorrow and throughout jury deliberations.**