

**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: __Alex__

Question:
How many hours did Keith work per week since 9/13?

Did Keith send you a copy of a marketing plan or in a meeting?

Why did you pay $13,300 in Nov? How did you determine that amount of $?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.

2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: **Please do not mark below this line**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. __1__

ACTION BY THE COURT:    ☑ Permitted
                        ☐ Denied
no objections           ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Alex Grappo

Question: Why did you allow Mr. Clingman to have "Chief of Sales and Marketing" as a signature for his Drive email address?

*If additional space is needed, please use the back of this form.*

| **Juror Questioning Procedure** |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 2

ACTION BY THE COURT:     ☑ Permitted
no objections            ☐ Denied
                         ☐ Rephrased