IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 20-cv-01485-RBJ | Date: November 18, 2021 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| KEITH CLINGMAN | *Christopher Anderson* |
|  | *Penn Dodson* |
| **Plaintiff** | |
| v. | |
| DRIVE COFFEE LLC | *Jennifer Cohen* |
| DRIVE COFFEE INC | *Lisa Nobles* |
| ALEX GRAPPO | |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY FOUR**

Court in Session: 11:08 a.m.

Jury present.

Verdict reached. Verdict found in favor of the defendants as to the New York labor law claims and breach of contract claim and for the plaintiff as to the unjust enrichment claim with a damages award of $40,280, see verdict for details.

Jury excused.

Court in Recess: 11:16 p.m.        Trial concluded.        Total time in Court: 00:08

Clerk's note:   Exhibits returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.