UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 1:20-cv-01485-RBJ

KEITH CLINGMAN,

      Plaintiff,

v.

DRIVE COFFEE, LLC; DRIVE COFFEE, INC and
ALEX GRAPPO, an individual,

      Defendants.

# VERDICT

We the jurors unanimously find as follows:

<u>NYLL CLAIMS</u>

1. Was Plaintiff an "employee" of Drive Coffee?



YES / **NO** (circled)
(circle one)

| If Yes | If No |
|---|---|
| Proceed to the next question | Proceed to Question No. 5 |

---

2. Was Defendant Alex Grappo (the *individual person*) also the Plaintiff's "employer" according to the definition you've been given?

YES / NO
(circle one)

| If Yes | If No |
|---|---|
| Proceed to the next question | Proceed to the next question |

3. Did Defendant(s) fail to pay the Plaintiff wages that he had earned?

# YES / NO
(circle one)

| If Yes | If No |
|---|---|
| STOP and Proceed to Damages | Proceed to the next question |

---

4. **Did Defendant(s) fail to pay the Plaintiff wages at or above the state minimum wage rate ($15.00 per hour) for all hours he worked during one or more workweeks?**
   *Note: You may indicate "yes" even if you do not think he is owed any damages for this claim.*

# YES / NO
(circle one)

| If Yes | If No |
|---|---|
| STOP and Proceed to Damages | Proceed to the next question |

---

*Clingman v. Drive Coffee*  
Case No. 1:20-cv-01485-RBJ

Jury Instructions  
Page 28

**BREACH OF CONTRACT CLAIMS**

5. Did the parties enter into a contract containing certain terms?

YES / **(NO)** 
(circle one)

| If Yes | If No |
|---|---|
| Proceed to the next question | Proceed to Question No. 8 |

---

6. Did the plaintiff do what the contract required the plaintiff to do?

YES / NO
(circle one)

| If Yes | If No |
|---|---|
| Proceed to the next question | Proceed to Question No. 8 |

---

7. Did defendant(s) do what the contract required the defendant to do?

YES / NO
(circle one)

| If Yes | If No |
|---|---|
| Proceed to the Next Question | STOP and Proceed to Damages |

---

UNJUST ENRICHMENT CLAIMS

8. Did Plaintiff confer a benefit on Defendant(s)?


(circle one)

| If Yes | If No |
|---|---|
| Proceed to the next question | STOP and sign the Verdict |

---

9. Did Plaintiff confer said benefit with a reasonable expectation that defendant would pay for it?


(circle one)

| If Yes | If No |
|---|---|
| Proceed to the next question | STOP and sign the Verdict |

---

10. Was the benefit was conferred under circumstances that should have put defendant on notice that plaintiff expected to be paid?


(circle one)

| If Yes | If No |
|---|---|
| Proceed to the next question | STOP and sign the Verdict |

11. Was the value of the benefit conferred on defendant greater than the amount defendant paid to plaintiff?


(circle one)

| If Yes | If No |
|---|---|
| Proceed to Damages | STOP and sign the Verdict |

---

## DAMAGES

**NYLL WAGE CLAIMS**

1. **Unpaid Wages Calculations:** If you determined that Plaintiff is entitled to receive damages related to his claims for unpaid wages, make the calculations for those damages here:

    a. What were his dates of employment? _____ to _____.

    b. What was the rate of pay that Plaintiff should have been paid?

    $_____ per _____.

    c. How much should the Plaintiff have received as wages from Defendants overall?

    Total Wages Owed =$_____

**Unreimbursed Expenses.** Do Defendants owe Plaintiff any
Money for unreimbursed expenses? If so, how much?  +$_____

**Offsets.** Are Defendants entitled to any offsets for any
payments they made to Plaintiff? If so, how much?  -$_____

**Total Unpaid Wages.** What is the total amount of Unpaid Wages?
Total Wages Owed + Unreimbursed Expenses - Offsets = $_____

PROCEED FURTHER ONLY IF YOU DID NOT FIND UNPAID WAGES. OTHERWISE, PLEASE SIGN THE VERDICT

2. **New York Minimum Wage:** Were there any weeks in which you determined:

    i. the Plaintiff should have been paid, and

*Clingman v. Drive Coffee* Jury Instructions
Case No. 1:20-cv-01485-RBJ Page 31

ii. the Defendant failed to pay him at least the New York Minimum Wage ($15.00 per hour)?

*If so, how many hours per week did Plaintiff work for Defendants for which he was not paid at or above the New York minimum wage?*     (a)_____ hrs/week

*How many weeks did Defendant fail to pay the Plaintiff at least minimum wage?*     (b)_____ weeks

*New York minimum wage*     (c) *$15.00 per hour*

*Total owed for New York minimum wage damages [(a) x (b) x (c)]:* $_____

**Unreimbursed Expenses.** Do Defendants owe Plaintiff any Money for unreimbursed expenses? If so, how much?     $_____

*Total owed for New York minimum wage + reimbursement*     $_____

PROCEED FURTHER ONLY IF YOU DID NOT FIND UNPAID MINIMUM WAGES. OTHERWISE, PLEASE SIGN THE VERDICT

     \*    \*    \*    \*    \*    \*    \*    \*    \*

**BREACH OF CONTRACT CLAIM**

3. Plaintiff should be awarded breach of contract damages in the amount of $ _____

PROCEED FURTHER ONLY IF YOU DID NOT FIND BREACH OF CONTRACT. OTHERWISE, PLEASE SIGN THE VERDICT

\* \* \* \* \* \* \* \* \*

**UNJUST ENRICHMENT CLAIMS**
**(ONLY COMPLETE IF YOU DID NOT FIND THERE TO BE A CONTRACT)**

4. Plaintiff should be awarded unjust enrichment damages in the amount of $ 40,280.00

PLEASE SIGN THE VERDICT

\* \* \* \* \* \* \* \* \*

**FOREPERSON**

JUROR NAME REDACTED

Date: Nov 18, 2021

**Additional Jurors' Signatures:**

JUROR NAMES REDACTED