**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01485-RBJ

KEITH CLINGMAN,

     Plaintiff,

v.

DRIVE COFFEE LLC.,
DRIVE COFFEE INC., and
ALEX GRAPPO,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict.  It is

ORDERED that judgment is entered in favor of the plaintiff, Keith Clingman, and against the defendants, Drive Coffee, LLC, Drive Coffee Inc., and Alex Grappo as to the unjust enrichment claim. Damages were rendered by the jury in the amount of $40,280.00, and judgment in that amount is entered against the defendants jointly and severally. It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff as to the New York labor law claims and the breach of contract claim.

The Court further finds that the plaintiff is the "prevailing party," and as such, the plaintiff is awarded costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of November, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J Dynes
_____

J DYNES
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
_____
United States District Judge