\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.\*\*\*

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

# BILL OF COSTS

| United States District Court | DISTRICT DISTRICT OF COLORADO |
|---|---|
| v. | DOCKET NO. |
| | CASE NO. |

Judgment having been entered in the above entitled action on _____
against _____ the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

*FILED UNITED STATES DISTRICT COURT DENVER, COLORADO Dec. 22, 2021 JEFFREY P. COLWELL, CLERK*

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

TOTAL $ **$3,584.89**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _____
Print Name _____ Phone Number _____
For: _____ Date _____
Name of Claiming Party

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ **3,584.89** |
| | (BY) DEPUTY CLERK **s/ Edward Butler** |
| CLERK OF COURT JEFFREY P. COLWELL | DATE: **Dec. 22, 2021** |

**Clerk's note: costs hearing held Dec. 22, 2021 in Courtroom C204, Byron Rogers U.S. Courthouse. Appearances in person by counsel for Plaintiff and Defendants.**

| Date | Dexcription | Vendor | Amount | Reference | |
|---|---|---|---|---|---|
| | **Clerk of Court & Service of Process** | | | | |
| 5/27/20 | Filing Fee | USDC | $ 400.00 | Docket | **No Objection** |
| 6/1/20 | Service of Process (2 attempts, corp) | Denver Attorney Services | $ 80.00 | 1 | |
| 6/30/20 | Service of Process (attempt) | Roland Process Server | $ ~~65.00~~ **40.00** | 2 | **~~Cost corrected~~ by Plaintiff** |
| | | **Filing & Service Subtotal** | $ ~~545.00~~ **$520.00** | | |
| | | | | | |
| | **Depositions** | | | | |
| 4/7/21 | Appearance Fee | US Legal Support | $ 75.00 | 3 | |
| 5/7/21 | Depo Trascript (Clingman) | AB Litigation Services | $ 530.40 | 4 | |
| 5/9/21 | Deposition (Grappo/3ob6) | US Legal Support | $ 1,368.20 | 5 | |
| | | **Depositions Subtotal** | $ 1,973.60 | | **No Objection** |
| | | | | | |
| | **Copying Costs** | | | | |
| 11/5/21 | Copy/Print (trial exhibits) | Office Depot | $ 49.85 | 6 | |
| 11/12/21 | " | FedEx | $ 109.54 | 7 | |
| 11/13/21 | " | FedEx | $ 583.18 | 8 | |
| 11/13/21 | Trial binders, tabs, & related | Office Depot | $ 152.73 | 6 | |
| 11/14/21 | Copy/Print (trial exhibits) | Office Depot | $ 1.42 | 6 | |
| 11/14/21 | " | Office Depot | $ 20.68 | 6 | |
| 11/14/21 | " | Office Depot | $ 104.46 | 6 | |
| 11/14/21 | " | FedEx | $ 12.24 | 9 | |
| 11/14/21 | " | FedEx | $ 7.51 | 9 | |
| 11/14/21 | " | FedEx | $ 10.45 | 9 | |
| 11/14/21 | " | FedEx | $ 1.96 | 9 | |
| 11/14/21 | " | FedEx | $ 3.42 | 9 | |
| | | **Outside Printing/Copying Subtotal** | $ 1,057.44 | | **All allowed and awarded.** |
| | | | | | |
| | **Other Case Costs** | | | | |
| 6/2/21 | Background Research Costs | TLO | $ ~~25.00~~ **0.00** | 10 | |
| 4/16/21 | FedEx to 3rd Party | FedEx | $ 15.60 | 11 | |
| 4/18/21 | FedEx to 3rd Party | FedEx | $ 18.25 | 11 | |
| | | **Other Case Costs Subtotal** | $ ~~58.85~~ **$33.85** | | |
| | | | | | |
| | | **TOTAL Taxable Costs as per Rule 54** | $ ~~3,624.89~~ **$3,584.89** | | |

**Clerk's notes:**

- regarding copying charges, all costs were incurred in relation to trial only; four sets of trial exhibits were produced -2 sets per the Court's Practice Standards, and one set each for Plaintiff and opposing counsel, which is reasonable and standard. In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1149 (10th Cir. 2009). The objection as to excessive pages of printing of excerpts was overruled, since the entire exhibits were printed, following what was listed in the Final Exhibit Lists, which is also reasonable and standard.
- regarding the Background Research cost of $25.00, that was incurred by counsel to look up an address for service of subpoenas, so it appears to be a legal research costs, which is disallowed.  Sorbo v. U.P.S., 435 F.3d 1169, 1180 (10th Cir. Service of the subpoenas by FedEx, however, is a viable and cost-saving measure to exercise one's FRCP 45 prerogative.